```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :       CRIMINAL ACTION
                                :
            v.                  :
                                :
LUIS OSARIO                     :       NO. 08-533
```

<u>ORDER</u>

AND NOW, this 28th day of April, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Luis Osario to exclude all out-of-court and in-court identifications is DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                  C.J.